### 15709. · HAMILTON *v.* THE STATE.

BROYLES, C. J. The general grounds of the motion for a new trial are expressly abandoned in the brief of counsel for the plaintiff in error, and the amendment to the motion is without merit.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED AUGUST 8, 1924.

Driving automobile while intoxicated; from Barrow superior court—Judge Russell. February 2, 1924. ·

*Quillian & Drake,* for plaintiff in error.

*Pemberton Cooley, solicitor-general,* contra.